December 17, 2004

Mr. Gregory D. Smith
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702

Mr. Mark C. Brodeur
Brodeur & Evans, P.L.L.C.
1412 Main Street, 22nd Floor
Dallas, TX 75202
Mr. Jonathan R. Moothart
Bowerman Bowden & Moothart, P.C.
620-A Woodmere
Traverse City, MI 49686

RE: Case Number: 02-1050
 Court of Appeals Number: 12-01-00193-CV
 Trial Court Number: 552-98

Style: NORTH AMERICAN MORTGAGE COMPANY
 v.
 DONALD LEE O'HARE, JR. AND OTHERS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
in part the court of appeals' judgment and remands this case to the trial
court. The Court delivered the enclosed per curiam opinion and judgment in
the above-referenced cause. The court of appeals' opinion is order
published.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Carolyn |
| |Bullock |
| |Ms. Cathy S. |
| |Lusk |